# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SHANNON BRUCE MORLEY<br><br>Plaintiff,<br><br>v.<br><br>SPOKANE COUNTY DETENTION SERVICES and SPOKANE COUNTY DETENTION MEDICAL DEPT.,<br><br>Defendants. | NO: 2:17-CV-0317-TOR<br><br>ORDER DISMISSING ACTION |

By Order filed November 30, 2017, the Court directed Plaintiff, then a prisoner at the Spokane County Jail, to show cause why he should be granted *in forma pauperis* status. ECF No. 6. In the alternative, Plaintiff was directed to pay the $400.00 fee to commence this action as required by 28 U.S.C. § 1914.

Plaintiff has filed three or more prior actions which were dismissed as frivolous, malicious or for failure to state a claim. *See Morley v. Thomas et al.*, 2:02-

ORDER DISMISSING ACTION -- 1

CV-0310-CI; *Morley v. Spokane County Jail et al.*, 2:04-CV-5047-LRS; and *Morley v. Department of Corrections et al.*, 2:04-CV-5092-LRS. Therefore, he lost the privilege of filing additional suits *in forma pauperis* unless he could demonstrate that he is "under imminent danger of serious physical injury." 28 U.S.C. § 1915(g); *Andrews v. Cervantes*, 493 F.3d 1047, 1053 (9th Cir. 2007). Plaintiff did not make this showing.

Although advised of his obligation to do so, ECF No. 5, Plaintiff has not kept the Court informed of his current address. Documents sent to Plaintiff have been returned as undeliverable, ECF Nos. 7 and 8. The Court has attempted but has been unable to locate a current address for Plaintiff, and must assume Plaintiff has chosen to abandon this action.

Therefore, **IT IS ORDERED** this action is **DISMISSED** without prejudice for failure to pay the statutory filing fee to commence this action as required by 28 U.S.C. § 1914.

**IT IS SO ORDERED.** The Clerk of Court is directed to enter this Order, enter judgment, provide copies to Plaintiff at a last known address, and close the file. The Court certifies any appeal of this dismissal would not be taken in good faith.

**DATED** January 16, 2018.



THOMAS O. RICE
Chief United States District Judge

ORDER DISMISSING ACTION -- 2